Robert Samuel Pimentel,
Plaintiff
versus
Charleston County,
Snyder, Gorden,
& individual
Defendants

State of South Carolina
Court of Common Pleas
for the Ninth Judicial Circuit

COMPLAINT

Case 9:25-cv-00031-RMG-MHC

**VENUE** 1. The causes of actions occurred at SCDC where Plaintiff is incarcerated.

**FACTS** 2. Plaintiff left outgoing mail with Snyder on 15PM 20DEC2024. She refused to take it.

3. Plaintiff inquired with Gorden about taking it. He also refused to take it w/o postage.

4. The manilla envelope addressed to the District Court is still on the guard's desk.

**COA** 5. Plaintiff adopts by reference the Facts and Exhibits to come later.
42 USC 1983
15-78-10 SC 6. Defendant's actions constitute mail interference, civil conspiracy, and (gross) negligence (per se).

7. Plaintiff is sustaining damage by the District Court not receiving his mail.

**DEMAND** Now the Plaintiff demands the Order of the Honorable Court for Mandamus to make the next available CO take my mail and deposit it appropriately into the outgoing mail, recipient covering the postage, and furthermore, the Plaintiff prays for Judgement in his favor for any actual, compensatory, and/or punitive Relief, and other relief deemed just and proper by the trier of fact, including the relief demanded in the Complaints contained within the manilla envelope Plaintiff purchased from commissary.

**COA** 8. Plaintiff would also allege an attractive nuisance claim against Charleston County as it allows to be sold "manilla envelopes" for 50 cents ($0.50 USD) but it does not specify that one could not send this envelope as mail.

**COA** 9. Towards the bottom of the commissary items list, which is fairly long
15 USC 45
39-5-10 SC and requires a significant amount of scrolling to reach, for 85 cents are "stamped envelopes" which cannot send unfolded average sized paper. Plaintiff would therefore also argue this violates Consumer Protections, and Pray for Relief from the Honorable Court, including the 35 cents of difference per envelope purchased lifetime from 20DEC2024 forward, and lifetime protection from any potential negative judgement resulting from Plaintiff sending a folded paper, such as this one.  Respectfully,

That is me, Robert Samuel Pimentel, pro se, SCDC, the 23rd of December, 2024